# United States District Court

**Southern** DISTRICT OF **Texas**
- **Brownsville Division**

**Oscar Rodriguez Garza**

V.

**Janie Cockrell, Director**

United States District Court
Southern District of Texas
FILED
DEC 1 3 2002
Michael N. Milby
Clerk of Court

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER **B-02-226**

I, **Oscar Garza**, declare that I am the (check appropriate box)

- [x] petitioner/plaintiff
- [ ] movant (filing 28 U.S.C. 2255 motion)
- [ ] respondent/defendant
- [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

MAIL
United States District Court
Southern District of Texas
RECEIVED
DEC 1 2 2002
Michael N. Milby, Clerk of Court

In further support of this application, I answer the following questions.

1. Are you presently employed?   Yes [ ]   No [x]
    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
    **1990 $150 per month**

2. Have you received within the past twelve months any money from any of the following sources?
    a. Business, profession or other form of self-employment   Yes [ ]   No [x]
    b. Rent payments, interest or dividends?                    Yes [ ]   No [x]
    c. Pensions, annuities or life insurance payments?          Yes [ ]   No [x]
    d. Gifts or inheritances?                                   Yes [ ]   No [x]
    e. Any other sources?                                       Yes [ ]   No [x]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☑   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☑
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   None

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __Dec 10, 02__          ____Oscar_____
                (Date)                   Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ __50.00__
or account to his credit at the __McConnell Unit__
where he is confined. I further certify that the applicant likewise has the following securities to
according to the records of said institution: __McConnell Unit, Beeville, Tx 78102__

certify that during the last six months the applicant's average balance was $ __50.00__

_____
Authorized Officer of Institution

## ORDER OF COURT

| ation is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| United States Judge     Date | United States Judge     Date |
| | or Magistrate |

```
CSINIB02/CINIB02    TEXAS DEPARTMENT OF CRIMINAL JUSTICE    12/10/02
MCIB/CVES611            IN-FORMA-PAUPERIS DATA              04:53:40
TDCJ#: 00568139 SID#: 03685658 LOCATION: MCCONNELL   INDIGENT DTE: 00/00/00
NAME: GARZA,OSCAR RODRIGUEZ              BEGINNING PERIOD: 06/01/02
PREVIOUS TDCJ NUMBERS: 00484860
CURRENT BAL:       50.00 TOT HOLD AMT:       0.00 3MTH TOT DEP:      0.00
6MTH DEP:          45.00 6MTH AVG BAL:       2.46 6MTH AVG DEP:      7.50
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
11/02     0.00            0.00          08/02     0.00            0.00
10/02     0.00            0.00          07/02    35.00           35.00
09/02     0.00            0.00          06/02    11.13           10.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _BEE_
ON THIS THE _10_ DAY OF _December, 2002_ CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _Carlos Verduzco Jr._
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER:



CARLOS VERDUZCO, JR.
COMMISSION EXPIRES 6/13/2004