UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 1 1 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| OSCAR RODRIGUEZ GARZA, Petitioner, | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-226 |
| JANIE COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, Respondent. | § § § § § | |

## ORDER

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without pre-payment of cost of fees or the necessity of giving security therefor.

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. § 2254 Petition on or before June 10, 2003.

DONE at Brownsville, Texas, this 10 day of April, 2003.

Felix Recio
United States Magistrate Judge