*4*

United States District Court
Southern District of Texas
FILED

JUN 0 9 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| OSCAR RODRIGUEZ GARZA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-226 |
| | § | |
| JANIE COCKRELL, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Institutional Division, | § | |
| Respondent. | § | |

### RESPONDENT COCKRELL'S FIRST MOTION FOR EXTENSION OF TIME WITH BRIEF IN SUPPORT

This is a habeas corpus case brought by a Texas state prisoner under 28 U.S.C. §§ 2241, 2254. By order of this court entered April 11, 2003, the Director is required to file her responsive pleading on or before June 10, 2003.

Although the undersigned has received the Petitioner's state court records, the undersigned has not had sufficient time to review these records in order to determine the appropriate response to the allegations raised in the instant petition for writ of habeas corpus. Thus, additional time is needed. Therefore, the Director respectfully requests an extension of forty-two days, up to and including July 18, 2003, to place an answer or response in the mail.

As justification for this extension of time, the undersigned drafted sixteen responsive pleadings in other habeas corpus cases during the month of May, 2003. In addition, as of today, the undersigned has responsive pleadings due in at least nineteen other habeas cases over the next thirty days, as well as two Fifth Circuit briefs and an evidentiary hearing set for June 18, 2003. The undersigned assures this court that this request for an extension of time is not designed to harass the Petitioner, nor to unnecessarily delay these proceedings. Rather this extension is necessary to determine the appropriate response to the claims raised in the instant petition.

For the foregoing reasons, the Director respectfully requests an extension of forty-two days to July 18, 2003, within which to place a responsive pleading in the mail.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

JAY KIMBROUGH
Deputy Attorney General
  for Criminal Justice

GENA BUNN
Assistant Attorney General
Chief, Postconviction Litigation Division

*Attorney in Charge

*JAMES M. TERRY, JR.
Assistant Attorney General
State Bar No. 24005199
Southern District Admission No. 23811

P. O. Box 12548, Capitol Station
Austin, Texas   78711
(512) 936-1400
(512) 936-1280 (FAX)

ATTORNEYS FOR RESPONDENT

## NOTICE OF SUBMISSION

To: Oscar Garza, Petitioner, you are hereby notified that the undersigned attorney will bring the foregoing motion before the court as soon as the business of the court will permit.

JAMES M. TERRY, JR.
Assistant Attorney General

2

## CERTIFICATE OF CONFERENCE

I, James M. Terry, Jr., Assistant Attorney General of Texas, do hereby certify that a conference is not possible because Petitioner is incarcerated in the Texas Department of Criminal Justice, Institutional Division, and is proceeding *pro se* in this cause. Respondent assumes that Petitioner will oppose this motion.

JAMES M. TERRY, JR.
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, James M. Terry, Jr., Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Cockrell's First Motion for Extension of Time with Brief in Support has been served by placing same in the United States Mail, postage prepaid, on this the 5th day of June, 2003, addressed to:

Oscar Rodriguez Garza
TDCJ-ID # 568139
McConnell Unit
3001 South Emily Drive
Beeville, TX  78102

JAMES M. TERRY, JR.
Assistant Attorney General

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| OSCAR RODRIGUEZ GARZA,<br>Petitioner, | §<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO. B-02-226 |
| JANIE COCKRELL, Director,<br>Texas Department of Criminal<br>Justice, Institutional Division,<br>Respondent. | §<br>§<br>§<br>§<br>§ | |

## ORDER

The Court, after considering Respondent Cockrell's First Motion for Extension of Time, is of the opinion that it has merit and should be GRANTED.

It is hereby ORDERED, ADJUDGED and DECREED that Respondent's time for placing an answer or responsive pleading in the mail should be and hereby is extended up to and including the 18th day of July, 2003.

SIGNED on this the _____ day of _____, 2003.

_____
JUDGE PRESIDING