United States District Court
Southern District of Texas
ENTERED

JUN 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 1 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| OSCAR RODRIGUEZ GARZA,<br>　　　　Petitioner,<br><br>V.<br><br>JANIE COCKRELL, Director,<br>Texas Department of Criminal<br>Justice, Institutional Division,<br>　　　　Respondent. | §<br>§<br>§<br>§   CIVIL ACTION NO. B-02-226<br>§<br>§<br>§<br>§<br>§ |

# ORDER

The Court, after considering Respondent Cockrell's First Motion for Extension of Time, is of the opinion that it has merit and should be GRANTED.

It is hereby ORDERED, ADJUDGED and DECREED that Respondent's time for placing an answer or responsive pleading in the mail should be and hereby is extended up to and including the 18th day of July, 2003.

SIGNED on this the 11th day of June, 2003.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JUDGE PRESIDING