UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 5 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| OSCAR RODRIGUEZ GARZA § | |
| Petitioner, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. B-02-226 |
| JANIE COCKRELL, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION § | |
| Respondent. § | |

**PETITIONER'S OBJECTIONS TO MAGISTRATE JUDGE'S**

**REPORT AND RECOMMENDATION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, OSCAR RODRIGUEZ GARZA, by and through himself, Petitioner, Pro Se, and respectfully addresses the Honorable Court in Petitioner's Objections to Magistrate Judge's Report and Recommendation. In support Petitioner states as follows:

I.

Petitioner's background of the case is known to the Honorable Court as per Magistrate Judge's Report and Recommendation, p. # 1 [ hereinafter ' The Report'] Likewise with Petitioner's allegations, four (4), regarding ineffective assistance of counsel. " The Report', p.# 2.

II.

The Honorable Court, with all due respect, has failed to acknowledge the following:

The Honorable Court stated,

" Garza's conviction was affirmed by the Thirteenth Court of Appeals of Texas on Nov., 04, 1993. Garza did not seek

1.

a petition for discretionary review ( P.D.R. ) in The Texas Court of Criminal Appeals. [ The Report ] p. # 2.

### III.

The Honorable Court through the following dates of

1. Nov. 02, 1990 - Date of Judgment.
2. Nov. 04, 1993 - Appeal Affirmed by Thirteenth Court of Appeals.
3. Aug. 14, 2000 - State Writ Filed.
4. Oct. 02, 2002 - Writ denied by The Tex. Crim. App.

has concluded that due to the case being a pre-AEDPA it was closed on April 24, 1997.

With all due respect, The Honorable Court had failed to acknowledge the 'Frivolous " ANDERS " Brief' filed by Appointed Appellate Counsel. Please see Exhibit # 1. Further, the prejudice and or harm that was caused, the four (4) so called allegations of ineffective assistance of counsel were never heard much less advanced. Thus, no findings of facts nor conclusions of law rendered. Why?

### IV.

In conclusion, Petitioner states that Comity and the above mentioned, including the Memorandum of Law merits Relief.

EXECUTED ON 08-20-2003

RESPECTFULLY SUBMITTED,

*Oscar R. Garza*
OSCAR RODRIGUEZ GARZA
# 568139
3001 S. EMILY DR.
BEEVILLE, TEXAS 78102

2.

## CERIFICATE OF SERVICE

I, OSCAR RODRIGUEZ GARZA, Petitioner, hereby certify that a true and correct copy of the attached and foregoing Petitioner's Objection to Magistrate Judge's Report and Recommendation has been mailed to BOTH the Clerk, U.S. Dist. Ct., Southern Dist. of Texas, Brownsville Division, 600 East Harrison St., Brownsville, Tx., 78520-7114 and Attorney General of Texas, P. O. Box 12548, Austin, Texas 78711-2548.

*Oscar R. Garza*
OSCAR RODRIGUEZ GARZA

## UNSWORN DECLARATION

I, OSCAR RODRIGUEZ GARZA, being presently incarcerated at The Wm. G. Mc Connell Unit, ( TDCJ-ID ) in Beeville, Bee County, Texas, declare under the penalty of perjury that the foregoing is true and correct citing sec. 132,002, Tex. Civil Practices and Remedies Code and Owens v. State, 763 S.W.2d. 489 ( Tex. App. - Dallas, 1989 ).

EXECUTED ON 08-20-2003

*Oscar R. Garza*
OSCAR RODRIGUEZ GARZA
# 568139
3001 S.EMILY DR.
BEEVILLE, TEXAS 78102

3.

## MEMORANDUM OF LAW

Ineffective assistance of counsel claims present mixed questions of Law and Fact and are therefore subject to de novo review. <u>Strickland v. Washington</u>, 466 U.S. 668, 698, 104 S. Ct. 2052, 80 L.Ed. 2d 674 ( 1984 ).

In the case at bar, Petitioner, after finally obtaining an out-of-time appeal due to the fact that no Notice was filed when Judgment was rendered is now told that he is Time Barred in accordance with 28 U.S.C. Section 2244 (d).

Exhibit # 1, a letter dated June 28, 1993, from Attorney, Nat C. Perez, Jr., Court Appointed to file Appeal said Attorney states:

> " I am informing the trial court that a frivolous appeal brief is being filed....

Said attorney filed " Anders Brief" which was affirmed on Nov. 04,1993, No. 13-93-00176-CR. Therefore Petitioner states even though an out-of -time appeal was granted by the Texas Court of Criminal Appeals on 03-10-'93, all was for naught by the action taken by said attorney. Further counsel filed frivolous Anders brief which did not advance and or preserve issues for further review thereby dening Petitioner his right to effective assistance of counsel.

A decision not to file an appeal on the issues of the case but in fact file a Frivolous Anders brief, Please see Exhibit # 1, was patently unreasonable. Petitioner because he  is

A.

a lay person and not versed in the Law, has been prejudiced by said action. The Honorable Court has failed to see said injustice.

The duty of cousnel is not merely to do " something " rather than nothing on behalf of one's client, but to act as the client's effective advocate during each critical stage of the defense. U.S. v. Cronic, 466 U.S. at 659, n. 25, 104, S. Ct., 2039; see also Murray v. Carrier, 477 U.S. 478, 488, 106 S., Ct. 2678, 91 L.Ed. 2d 397 ( 1986 ).

IN Penson v. Ohio, 488 U.S.75, 109 S. Ct. 346, 102 B. Ed. 2d ( 1988 ), the Supreme Court advised appellate courts that upon receiving a ' Frivolous Appeal' brief, they must conduct a " full examination of all the proceeding[s] to decide whether the caase is whobby frivolous.

B.

THE LAW OFFICE OF
# NAT C. PEREZ, JR.
847 E. Harrison Street
Brownsville, Texas 78521
(210) 548-1213

June 28, 1993

Mr. Oscar Rodriguez Garza
C/O Texas Department of Corrections
#568139 Robertson Unit
12071 FM 3522
Abilene, Texas 79601

    RE: State of Texas v. Oscar Rodriguez Garza, No. 13-93-00176-CR

Dear Mr. Garza:

    Enclosed herein please find a brief that has been prepared and filed in the above referenced appeal. I have enclosed with said appeal a notice that the appeal is considered by me to be of a frivolous nature. After researching the law applicable to the facts and issues contained in your appeal it is my opinion that no reversible error appears and the appeal is without merit.

    You have the right to examine the entire appellate record for the purpose of filing a pro se brief if you so desire. By copy of this letter, I am informing the trial court that a frivolous appeal brief is being filed so that the trial court may arrange for you to inspect the appellate record in this cause.

    If you need further explanation as to the contents of this letter and the attached brief, please call my office so that I may discuss the contents with you.

                                  Very truly yours,

                                  Nat C. Perez, Jr.

NP/as

CC: Hon. Robert Garza, Judge
    138th Judicial District Court
    974 E. Harrison Street
    Brownsville, Texas 78520