UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 3 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| OSCAR RODRIGUEZ GARZA, Petitioner, | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-226 |
| JANIE COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, Respondent. | § § § § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation be ADOPTED. Furthermore, Petitioner's 28 U.S.C. Section 2254 petition is hereby DENIED.

DONE in Brownsville, Texas on this 30 day of October, 2003.

Hilda G. Tagle
United States District Judge