

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| OSCAR RODRIGUEZ GARZA, § <br> Petitioner, § <br> § <br> v. § <br> § CIVIL ACTION NO. B-02-226 <br> JANIE COCKRELL, Director, Texas § <br> Department of Criminal Justice, § <br> Institutional Division, § <br> Respondent. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced civil cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be ADOPTED.

It is therefore ORDERED, ADJUDGED, and DECREED that the Petitioner's request for a Certificate of Appealability should be, and is, hereby DENIED.

DONE at Brownsville, Texas, this _23_ day of _April_, 2004.

Hilda G. Tagle
United States District Judge