IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-41608
USDC No. B-02-CV-226

U.S. COURT OF APPEALS
FILED
AUG 17 2004)
CHARLES R. FULBRUGE III
CLERK

OSCAR RODRIGUEZ GARZA,

Petitioner-Appellant,

versus

DOUG DRETKE, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
CORRECTIONAL INSTITUTIONS DIVISION,

Respondent-Appellee.

United States District Court
Southern District of Texas
ENTERED
AUG 2 3 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk D.Q.Rained

--------------------

Appeal from the United States District Court
for the Southern District of Texas

--------------------

O R D E R :

     Oscar Rodriguez Garza, Texas prisoner # 568139, was
convicted of attempted murder and was sentenced to life
imprisonment.  He requests a certificate of appealability (COA)
to appeal the district court's denial of his 28 U.S.C. § 2254
application as time-barred.  Garza argues that the district court
erred by denying his application without considering the merits
of his allegations of ineffective assistance.

     To obtain a COA, Garza must make "a substantial showing of
the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).
When the district court's denial of federal habeas relief is

O R D E R
No. 03-41608
-2-

based upon procedural grounds rather than the underlying

constitutional claims, "a COA should issue when the prisoner

shows, at least, that jurists of reason would find it debatable

whether the petition states a valid claim of the denial of a

constitutional right and that jurists of reason would find it

debatable whether the district court was correct in its

procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

Garza has not made the requisite showing.  Accordingly, his

application for a COA is DENIED.


_____
PATRICK E. HIGGINBOTHAM
UNITED STATES CIRCUIT JUDGE


A true copy
Test:
Clerk, U. S. Court of Appeals, Fifth Circuit

By_____
Deputy
New Orleans, Louisiana   AUG 1 7 2004